**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **1524 EAST 12 LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1878255** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1524 EAST 12 STREET**<br>**Brooklyn, NY 11230**<br>Number, Street, City, State & ZIP Code | **1524 EAST 12 STREET**<br>**Brooklyn, NY 11230**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | Location of principal assets, if different from principal place of business<br>**1524 EAST 12 STREET Brooklyn, NY 11230**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify:

| | |
|---|---|
| 1524 EAST 12 LLC<br>Name | Case number (*if known*) |

7. **Describe debtor's business**  

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ■ No.
   - Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

Debtor **1524 EAST 12 LLC** Case number (*if known*)
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor                                    Relationship
    District              When                Case number, if known

11. **Why is the case filed in this district?**

    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?**
                         Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency
            Contact name
            Phone

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**

    ■ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000

    ☐ $1,000,001 - $10 million

    ☐ $500,000,001 - $1 billion

Debtor **1524 EAST 12 LLC**          Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | 1524 EAST 12 LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **AUGUST 14, 2017**
              MM / DD / YYYY

X /s/ _[signature]_                                      **YAAKOV SCHWARTZ**
Signature of authorized representative of debtor          Printed name

Title   **MANAGER**

**18. Signature of attorney**

X /s/
Signature of attorney for debtor                          Date **JULY 10, 2025**
                                                          MM / DD / YYYY

Printed name

Firm name

Number, Street, City, State & ZIP Code

Contact phone                    Email address

Bar number and State

Debtor  **1524 EAST 12 LLC**                                                      Case number (*if known*)
        Name

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*)                                    Chapter   **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

District                               Case Number               Date Filed

NYC Department of Finance
PO Box 3600
New York, NY 10038


NYC Dept ECB
66 John Street
New York, NY 10038


NYC Water Board
59-17 Junction Boulevar
Elmhurst, NY 11373-5108


NYS Tax & Finance
P.O. Box 5300
Albany, NY 12205


SELECT PORTFOLIO
SERVICING INC.
3217 S. DECKER LAKE DR.
SALT LAKE CITY, UT 84119

WILMINGTON SAVINGS FUND
SOCIETY FSB
500 DELAWARE AVE
WILMINGTON, DE 19801

CON EDISON
PO BOX 1701
NEW YORK NY 10116-1701

WELLS FARGO BANK NA
PO BOX 10378
Des Moines, IA 50306-0378

# United States Bankruptcy Court
## Eastern District of New York

| | | |
|---|---|---|
| In re  **1524 EAST 12 LLC** | | Case No. |
| | Debtor(s) | Chapter  **11** |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **1524 EAST 12 LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**JULY 10, 2025**
Date

/s/ [signature]

Signature of Attorney or Litigant Counsel for
**1524 EAST 12 LLC**

WRITTEN CONSENT OF MEMBERS
in Lieu of meeting
Pursuant to Section 407 of
the Limited Liability Company Law of
the State of New York

The undersigned, being all of the members (the "Members") of **1524 EAST 12, LLC,** a New York Limited Liability Company (the "Company"), hereby adopt the following resolutions:

The Members have entered into an Operating Agreement.

The Company desires to sell the property located at 1524 East 12 Street, Brooklyn NY 11230 for the purpose of its business.

The members executing this Consent desire to authorize those actions as required by the Operating Agreement.

**NOW, THEREFORE,** the parties hereby consent as follows:

**RESOLVED:** That it is advisable that the Company file bankruptcy and sell the premises owned by the Company commonly known as 1524 East 12 Street, Brooklyn NY 11230; and

**FURTHER RESOLVED**: That **ITSHAK SCHWARTZ, and YAAKOV SHWARTZ members,** are hereby authorized to execute, acknowledge and deliver in the name and on behalf of the Company all deeds, Assignment, ACRIS, bankruptcy documents as reasonably required by the Court or Title Company, with such changes, additions and amendments thereto that he deems advisable and such other documents as may be required by the Lender; and

**FURTHER RESOLVED:** The Members severally acknowledge that to each Member's knowledge (a) the Operating Agreement is in full force and effect and has not been amended; and (b) no Member has taken any action which would cause or would have caused the Company to dissolve under the Limited Liability Company Law of the State of New York or the Agreement.

This Consent may be executed in one or more counterparts, each of which shall be deemed an original and taken together shall constitute one and the same document.

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date set forth.

Dated: July 8, **2025**

**1524 EAST 12, LLC**
_____
By: **ITSHAK SCHWARTZ**
Title: **Managing Member**


**1524 EAST 12, LLC**
_____
By: **YAAKOV SHWARTZ**
Title: **Member**

Page 1 of 3



**Current balance due**

# $7,662.21

**Pay Immediately**

## FINAL TURN-OFF NOTICE

**1524 EAST 12 LLC**
Account:    Prior Account:

Service delivered to: 1524 E 12TH ST 2OB
Next Meter Reading Date: Monday, July 28, 2025

| Your bill breakdown | $ |
|---|---|

**Last billing period**
Your billing summary as of Jun 30, 2025
Your previous charges and payments
Total charges from your last bill ........................................ $7,413.93
Payments through Jun 29 .................................................. None
Balance from previous bill ................................................ $7,413.93

**Your new charges**
Billing period: May 28, 2025 to Jun 26, 2025
Electricity charges - for 29 days ........................................ $118.06
Late payment charges ...................................................... $111.21
Adjustments ................................................................. $19.01
Total from this billing period ........................................... $248.28

**Total amount due**                                                       **$7,662.21**

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Jul 22, 2025.

Your average daily electric usage

6.9 kWh



### Messages For You

📢 A FINAL TURN-OFF NOTICE IS STILL IN EFFECT.
PLEASE BRING IT TO OUR ATTENTION WHEN PAYING THIS BILL. A notice explaining your rights is included.

📢 **A turn off notice is in effect. Service will be discontinued for nonpayment unless an overdue amount of $7,413.93 is received immediately. An explanation of your rights is included.**

📢 **ADJUSTMENT INFORMATION**

The Adjustment amount includes a fee of $19.00 because you chose not to have a smart meter installed. To eliminate this fee, call 1-800-576-2005 to have a smart meter installed.

You'll see a field collection charge of $29.00 and $3.28 in sales tax, totaling $32.28 on the Adjustments line of your bill.

You'll see a -$32.27 credit on the Adjustments line of your bill to reverse collection charge that has been removed from your account.

📢 This is an estimated bill. We will adjust it if necessary the next time have access to read your meters.

Questions? Contact Us: 💻 conEd.com/ContactUs ☎ 1-800-752-6633 Or 1-212-243-1900

---

Account number: 53594-10000-9

conEdison
PO BOX 1701
NEW YORK, NY 10116-1701

**Termination Notice**


Scan to Pay

Pay Immediately    **$7,662.21**
Amount Enclosed

☐ Enroll In Auto Pay

Please make checks payable to Con Edison.

>000733 4828158 0001 8525 1OZ    00164472
1524 EAST 12 LLC
1524 E 12TH ST
BROOKLYN NY 11230-7102


conEdison
PO BOX 1701
NEW YORK, NY 10116-1701



C97             0020  535941000O9   70000011806   60000766221



0023117

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS            ALBANY, NY 12231-0001
                              ONLINE FILING RECEIPT
==============================================================================
ENTITY NAME: 1524 EAST 12 LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC)          COUNTY: KING
==============================================================================
   FILED:03/17/2016 DURATION:********** CASH#:160317010003 FILE#:160317010003
                              DOS ID:4914181

   FILER:                                               EXIST DATE
   ------                                               ----------
   ALLSTATE CORPORATE SERVICES CORP.                    03/17/2016
   99 WASHINGTON AVENUE, SUITE 1008
   ALBANY, NY 12260

   ADDRESS FOR PROCESS:
   --------------------
   THE LIMITED LIABILITY COMPANY
   2339 EAST 14 STREET
   BROOKLYN, NY 11229

   REGISTERED AGENT:
   -----------------
```



```
   The limited liability company is required to file a Biennial Statement with the
   Department of State every two years pursuant to Limited Liability Company Law
   Section 301. Notification that the Biennial Statement is due will only be made via
   email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to
   receive an email notification when the Biennial Statement is due.
==============================================================================
SERVICE COMPANY: ALLSTATE CORPORATE SERVICES CORP.-9I
SERVICE CODE: 9I

   FEE:           205.00                          PAYMENTS        205.00
                  ------                                          ------
   FILING:        200.00                          CHARGE            0.00
   TAX:             0.00                          DRAWDOWN        205.00
   PLAIN COPY:      5.00
   CERT COPY:       0.00
   CERT OF EXIST:   0.00
==============================================================================
2231684                                                  DOS-1025 (04/2007)
```

**Authentication Number: 1603170003  To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov**

# ARTICLES OF ORGANIZATION
# OF
# 1524 East 12 LLC

Under Section 203 of the Limited Liability Company Law

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

**FIRST:** The name of the limited liability company is:

**1524 East 12 LLC**

**SECOND:** To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the limited liability company is to be located is KINGS.

**FOURTH:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

THE LIMITED LIABILITY COMPANY
2339 East 14 Street
Brooklyn, NY 11229

**FIFTH:** The limited liability company is to be managed by: ONE OR MORE MEMBERS.

**SIXTH:** The existence of the limited liability company shall begin upon filing of these Articles of Organization with the Department of State.

**SEVENTH:** The limited liability company shall have a perpetual existence.

EIGHTH:   The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

STEVEN WEISS, ORGANIZER  (signature)

STEVEN WEISS , ORGANIZER
ALLSTATE CORPORATE SERVICES CORP.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

**Filed by:**
ALLSTATE CORPORATE SERVICES CORP.
99 WASHINGTON AVENUE, SUITE 1008
ALBANY, NY 12260

**ALLSTATE CORPORATE SERVICES CORP. (9I)**
**DRAWDOWN**
**CUSTOMER REF# 2231684**

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 03/17/2016**
**FILE NUMBER: 160317010003; DOS ID: 4914181**